UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.     ORDER
      Crim. No. 05-329(MJD/JJG)

Justin Wayne Peterson,

    Defendant.

---

The above-entitled matter comes before the Court upon the Defendant's objections to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated December 23, 2005.

Pursuant to statute, the Court has conducted a _de novo_ review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review the Court ADOPTS the Report and Recommendation dated December 23, 2005.

IT IS HEREBY ORDERED that:

1. Defendant's Motions to Quash the Arrest and Evidence Seized for Lack of Probable Cause [Docket Nos. 13 and 28] are DENIED;

2. Defendant's Motions to Suppress Evidence Seized Pursuant to a Search Warrant [Docket Nos. 23 and 32] are DENIED.

3. Defendant's Motion to Suppress Electronic Surveillance [Docket No. 18] is DENIED.

4. Defendant's Motions to Suppress Statements and Confessions [Docket No. 21 and 31] are DENIED.

5. Defendant's Motion to Dismiss the Indictment [Docket No. 22] is DENIED.

Date: March 1, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court

Crim. No. 05-329